IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL D. MAZE, # 25428-076, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-00980-SMY |
| | ) |
| FAISAL AHMED, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge**:

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. 9) of the Court's May 16, 2022 Order denying his Motion for Leave to Proceed *in forma pauperis* ("IFP"). The motion was denied because Plaintiff has three strikes within the meaning of 28 U.S.C. § 1915(g) and the allegations in the Complaint did not satisfy the imminent danger of serious physical injury requirement to allow him to proceed IFP. 28 U.S.C. 1915(g). Plaintiff contends that he has ongoing pain from untreated medical conditions and the Court erred in finding he does not face imminent danger of serious physical injury.

The claims in this case arise out of events prior to and surrounding Plaintiff's transfer from FCI-Greenville, Greenville, Illinois to Yazoo FCC LOW, Yazoo City, Mississippi on July 14, 2021. He asserts claims of denial of medical treatment and retaliation in 2020 and 2021 at FCI-Greenville. Plaintiff is no longer incarcerated; he is in a residential re-entry center in Memphis, Tennessee and can seek medical treatment on his own. As such, he is not under imminent danger of serious physical injury from the circumstances described in the Complaint.

Finding no manifest error of law or fact in the Court's May 16, 2022 Order, the Motion for Reconsideration is **DENIED**. Plaintiff must pay the $402.00 filing fee in full for this action on or

before **JULY 15, 2022**.  Failure to do so will result in dismissal of the case under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

    **DATED:  June 21, 2022**

                                          *s/ Staci M. Yandle*
                                          **STACI M. YANDLE**
                                          **United States District Judge**