IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL D. MAZE, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 3:22-cv-00980-SMY |
| | ) |
| FAISAL AHMED, et al., | ) |
| | ) |
|        **Defendants.** | ) |

# ORDER

**YANDLE, District Judge**:

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* was denied on May 16, 2022. He was ordered to pay the filing fee of $402.00 on or before June 15, 2022 and was warned that failure to comply would result in dismissal of this case (Doc. 7). Plaintiff filed an appeal of the denial of the motion, which he subsequently dismissed (Doc. 22). He was granted two extensions, making the filing fee due by August 15, 2022 (Docs. 10, 20).

To date, Plaintiff has failed to pay the filing fee. Accordingly, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

    IT IS SO ORDERED.

    DATED:  August 29, 2022

                                          *s/ Staci M. Yandle*
                                          **STACI M. YANDLE**
                                          **United States District Judge**